UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-cr-0079-JRS-TAB |
| | ) | |
| JOHN A. SANDERS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On July 12, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 7, 2022.  Defendant Sanders appeared in person with his appointed counsel Michael Donahoe.  The government appeared by Adam Eakman, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Ross Carothers.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Sanders of his rights and provided him with a copy of the petition.  Defendant Sanders orally waived his right to a preliminary hearing.

2. Government, without objection, moved to orally add an additional violation, Discretionary Condition – i, and the Court granted the same.

2. After being placed under oath, Defendant Sanders admitted to violating Discretionary Condition - i.  [Docket No. 4-3.]   Government orally moved to withdraw the remaining violations, which motion was granted by the Court; Discretionary Conditions – k and r dismissed.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| i | Mr. Sanders must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of twelve (12) months and one (1) day with no supervised release to follow. Defendant requested placement at FCC Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow. The Magistrate Judge recommends placement at FCC Terre Haute. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties waived objections to this Report and Recommendation.

Date: 7/13/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system