UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cr-00079-JRS-TAB ) |
| JOHN A SANDERS, | ) -01 ) |
| Defendant. | ) |

## ORDER DENYING MOTION FOR COPIES

John Sanders' motion requesting copies of sentencing memoranda, dkt. [12], is **denied as presented** because it is not clear that such documents were filed in this matter. The **clerk is directed** to include a copy of the public docket sheet with Mr. Sanders' copy of this order. Mr. Sanders may renew his motion and request specific documents by their docket numbers.

   IT IS SO ORDERED.

Date: 9/28/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Sanders
16519-027
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808